# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

JUDGMENT RENDERED NOVEMBER 21, 2018

NO. 03-17-00299-CR

Chano Casarez, Appellant

v.

The State of Texas, Appellee

APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND TOTH
AFFIRMED IN PART; MODIFIED AND, AS MODIFIED, AFFIRMED IN PART --
OPINION BY JUSTICE FIELD

This is an appeal from the judgments of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments for Counts II, III, and V. Therefore, the Court affirms the judgments for Counts II, III, and V. However, there was error in the trial court's judgments for Counts I and IV that requires correction. Therefore, the Court modifies the trial court's judgments for Counts I and IV to reflect that appellant pleaded guilty to those counts. The judgments for those counts, as modified, are affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.